Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@mission.legal

Attorneys for Plaintiff
Jose Trujillo

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE TRUJILLO,<br><br>    Plaintiff,<br><br>vs.<br><br>LAS ESPUELAS, INC., dba LAS ESPUELAS CARNICERIA & TAQUERIA; VICTOR PONCE; CARLOS MORA<br><br>    Defendants. | No. 1:17-cv-00083-AWI-MJS<br><br>**SECOND STIPULATION FOR EXTENSION OF TIME FOR ALL DEFENDANTS TO RESPOND TO COMPLAINT; ORDER** |

1  **WHEREAS,** Plaintiff Jose Trujillo ("Plaintiff"), by and through his attorney of record, and Defendants Las Espuelas, Inc., dba Las Espuelas Carniceria & Taqueria, Victor Ponce, and Carlos Mora (collectively "Defendants," and together with Plaintiff, "the Parties"), by and through their counsel of record, previously entered into a stipulation granting Defendants to and including March 17, 2017 to file a responsive pleading in this matter (Dkt. 9);

**WHEREAS,** the attorney who was handling this matter for Defendants has recently gone on an extended leave of absence, and the matter has been reassigned to a different attorney, who requires additional time to file the responsive pleadings;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties that Defendants may have to and including May 17, 2017 to file a responsive pleading in this matter. This extension of time does not alter the date of any event or any deadline already fixed by Court order. The Parties additionally stipulate that Plaintiff's noticed site inspection will go forward on May 11, 2017 as scheduled.

Date: April 10, 2017                    MISSION LAW FIRM, A.P.C.

                                        */s/ Zachary M. Best*
                                        Zachary M. Best
                                        Attorneys for Plaintiff
                                        Jose Trujillo


Date: April 10, 2017                    QUINLAN, KERSHAW & FANUCCHI LLP

                                        */s/ Edward L. Fannucchi*
                                        Edward L. Fanucchi
                                        Attorneys for Defendants
                                        Las Espuelas, Inc., dba Las Espuelas Carniceria &
                                        Taqueria, Victor Ponce, and Carlos Mora

# **ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants, Las Espuelas, Inc., dba Las Espuelas Carniceria & Taqueria, Victor Ponce, and Carlos Mora, shall have to and including May 17, 2017 within which to file a responsive pleading.

IT IS SO ORDERED.

Dated: April 14, 2017        /s/ *Michael J. Seng*
                             UNITED STATES MAGISTRATE JUDGE